UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cv-00603

———

**Bennie Ray Taylor,**
*Plaintiff,*
v.
**Victoria Murphy et al.,**
*Defendants.*

———

## ORDER

Plaintiff Bennie Ray Taylor, proceeding pro se and in forma pauperis, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. This case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

On January 26, 2021, the magistrate judge instructed plaintiff to supply a current address to the court. Doc. 12. Plaintiff failed to do so. Accordingly, the magistrate judge entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey a court order. Doc. 16. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice for want of prosecution and failure to obey a court order.

*So ordered by the court on June 10, 2021.*

———————————————————

J. CAMPBELL BARKER
United States District Judge